Joseph Lawrence Sheridan, Appellant, v Michael Guindy et al., Respondents. [934 NYS2d 914]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Centra, Green, Gorski and Martoche, JJ.